# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

Case No. SACV 13-01236-CJC(JPRx)                              Date: September 17, 2013

Title: <u>MJAK INVESTMENTS V. JON SECRIST</u>

---

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Michelle Urie</u>                                <u>     N/A     </u>
Deputy Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                    None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

     On August 14, 2013, Plaintiff MJAK Investments, LLC ("Plaintiff") filed this action against Defendant Jon Secrist, alleging that Mr. Secrist "falsely notarized a fraudulent Assignment of Deed of Trust" related to Plaintiff's property. (Dkt. No. 1 ¶ 16.) After reviewing the Complaint, the Court was concerned that Plaintiffs failed to state a claim upon which relief could be granted. Specifically, the Court was concerned that Plaintiff had not pleaded claims with the requisite specificity and that some claims failed to provide any cause of action under the facts. Accordingly, on August 22, 2013, the Court issued an order to show cause why the case should not be dismissed for failure to state a claim. (Dkt. No. 5.) Plaintiff was required to file an opposition to the Court's Order by September 6, 2013, yet failed to respond. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's action for its failure to prosecute and comply with the Court's August 22, 2013 Order.

rrd

MINUTES FORM 11
CIVIL-GEN                                                                                       Initials of Deputy Clerk MU